

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BETTY R. MASON                                                                    PLAINTIFF

VS.                      CASE NO. 4:03CV00396 GTE

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                           DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees in the amount of $2,843.75 pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount.

SO ORDERED this 11th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE